United States District Court
Southern District of Texas
**ENTERED**
March 05, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | MAG. JUDGE NO. 2:19-MJ-666 |
| § | |
| LARRY DONNELL LEWIS JR. § | |

### MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant is currently on bond in a state felony case. The most basic condition of any bond is to not commit new law violations. It appears the defendant has either been unwilling or unable to comply with conditions of release. Additionally, the defendant has a significant criminal history and recent lack of stable housing. The defendant is a poor candidate for bond. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an

attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 5th day of March 2019.

_____
Jason B. Libby
United States Magistrate Judge